AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.

PAUL JACOB ELLIOT SOMMERS

*Defendant*

Case No. EP-24-CR-1659-LS

Received
JUL 29 2024
USMS W/TX
El Paso

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  PAUL JACOB ELLIOT SOMMERS

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

CT 1: 18 U.S.C. § 371 - Conspiracy;
CT 2: 18 U.S.C. §§ 545 and 2 - Smuggling Goods into the U.S and Aiding and Abetting;
CT 3: 18 U.S.C. §§ 545 and 2 - Smuggling Goods into the U.S and Aiding and Abetting

Date: 07/26/2024

City and state: El Paso, Texas

*Issuing officer's signature*

Margarita R. Chiong, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____  Executed by FWS
On August 6, 2024
In San Diego, CA

*Arresting officer's signature*

*Printed name and title*